UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARDEN CITY BOXING CLUB, INC.
                Plaintiff,                 Index # 07-CV-8080

   -against-

**CERTIFICATE OF SERVICE**

MAMBI RESTAURANT, INC.
d/b/a MAMBI RESTAURANT
and PEDRO CRESPO
                Defendants,
_____

      I certify that a copy of the Hearing Date and Case Management Plan was sent via the U.S. Postal Service certified mail within the State of New York, First Class Mail addressed to the following on October 1, 2007:

To:   Mambi Restaurant, Inc.
       d/b/a Mambi Restaurant
       558 West 181st Street
       New York, NY 10033

       Pedro Crespo
       558 West 181st Street
       New York, NY 10033


                                By:   /s/ Lucille Eichler
                                     Lucille Eichler
                                     Paul J. Hooten & Associates
                                     5505 Nesconset Highway, Suite 203
                                     Mt. Sinai, NY 11766