A4 – CORPORATION
**1PJH896884** – PAUL J. HOOTEN, ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

------------------------------------------------
**GARDEN CITY BOXING CLUB, INC.,**

    PLAINTIFF

– vs. –

**MAMBI RESTAURANT INC DBA MAMBI RESTAURANT ET ANO,**

    DEFENDANT
------------------------------------------------

Index No: **07 CIV 8080**
Date Filed:  /  /
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**LOAI SARSOUR** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **10/03/2007** at **03:32PM** at **558 WEST 181ST STREET , NEW YORK, NY 10033**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **MAMBI RESTAURANT INC DBA MAMBI RESTAURANT** a domestic corporation (one of) the **DEFENDANT** therein named by delivering to, and leaving personally with **MARY MARTINEZ, MANAGING AGENT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

    SEX: **FEMALE**    COLOR: **BROWN**    HAIR: **BROWN**
    APP. AGE: **25**    APP. HT: **5'4**    APP. WT: **150**
    OTHER IDENTIFYING FEATURES:

Deponent further says: That at the time of such service I knew the said corporation so served as aforesaid to be the same corporation mentioned and described in the aforementioned document(s) as (one of) the **DEFENDANT** in this action.

Sworn to before me on **10/05/2007**.

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2010

LOAI SARSOUR – 1133809
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML

