December 13, 2007


United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

To The Hon. Richard M. Berman:


Re: Garden City Boxing Club, Inc.
   V. Mambi Restaurant, Inc. D/b/a Mambi Restaurant and Pedro Crespo
    07 CV 8080 (RMB)

Mr. Hooten represents the plaintiff in the above matter which is scheduled for a conference on December 17, 2007 @ 9:30 am.  At this time Mr. Hooten is recovering from surgery and not due back to the office until after the first of the year.  We ask that this matter be adjourned until then.  This is the first request for an adjournment that we have made.

Should you have any questions, please contact me at the number above.


Very truly yours,


/s/Dodi Goetz
Dodi Goetz
Legal Assistant