**Paul J. Hooten & Associates**
**5505 Nesconset Hwy., Suite 203**
**Mt. Sinai, New York 11766**
**Phone: (631)331-0547**
**Facsimile: (631)331-2627**

January 16, 2008

U.S. District Court
500 Pearl Street
New York, NY 10007

To The Honorable Richard M. Berman

       RE: Garden City Boxing Club, Inc.,
          v.  Mambi Restaurant, Inc.
            d/b/a Mambi Restaurant
            and Pedro Crespo

       Index No. 07-Civ. 8080(RMB)

As per your request, the status of the above referenced matter is as followed.

My office represents the plaintiff in the above referenced matter. The defendant has failed to file an answer or request an extension of time to file an answer. There has been no communication between the parties in this matter.

Based on the above, my office is preparing to make its motion for a default judgment.

Should you have any further questions please do not hesitate to contact me.

Very truly yours,

/s/ Paul J. Hooten

PJH/cl