original

BERMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.,          INDEX # 07-CV-8080 (*AMD*)
           Plaintiff,

                              ORDER TO SHOW CAUSE

      -against-

MAMBI RESTAURANT, INC..
d/b/a MAMBI RESTAURANT
and PEDRO CRESPO
           Defendant,
------------------------------------------------------X

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 2/26/08]

    Upon the annexed affidavit of Paul J. Hooten, Esq. sworn to February 25, 2008 and upon all the papers and proceedings herein:
    Let the defendants show cause at: United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007 on **March 11**, 2008 at **9:15 A.M.** a.m./p.m. or as soon thereafter as counsel may be heard, why an order allowing the plaintiff to enter a default judgment against the defendant and for other and further relief as may be just and proper should not be granted.
    SERVICE of a copy of this Order to Show Cause, and annexed Affidavit, upon the defendants, via process server, on or before **2/29/08** shall be deemed good and sufficient. **Any moving by 3/3/08**
    PROOF OF SUCH SERVICE may be filed in the Clerk's office before the return date of this Order to Show Cause.

Defendant:
Mambi Restaurant , Inc.
d/b/a Mambi Restaurant
558 West 181st Street
New York, NY 10033

Pedro Crespo
558 West 181st Street
New York, NY 10033

SO ORDERED

*RMB*

_____
Richard M. Berman
United States District Court Judge
2/26/08