UNITED DISTRICT SOUTHERN DISTRICT COURT – NEW YORK COUNTY

---

**GARDEN CITY BOXING CLUB, INC.,**

    PLAINTIFF

– vs. –

**MAMBI RESTAURANT INC DBA MAMBI RESTAURANT ET ANO,**

    DEFENDANT

---

Index No: **07–CV–8080**
Date Filed: **00/00/0000**
Office No:
Court Date: **03/11/2008**

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**LOAI SARSOUR** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **02/28/2008** at **1:52PM** at **558 WEST 181ST STREET , NEW YORK, NY 10033**, I served a true copy of the **ORDER TO SHOW CAUSE** upon **MAMBI RESTAURANT INC DBA MAMBI RESTAURANT** the **DEFENDANT** therein named by delivering to, and leaving personally with **"JANE" MARIA, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| SEX: **FEMALE** | COLOR: **BROWN** | HAIR: **BROWN** |
| APP. AGE: **30** | APP. HT: **5'5** | APP. WT: **160** |

OTHER IDENTIFYING FEATURES:

Sworn to before me on **02/29/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

_____
LOAI SARSOUR – 1133309
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 110
NEW YORK, NY 10007
AP