```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-11-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.,          INDEX # 07-CV-8080
                        Plaintiff,

            -against-

MAMBI RESTAURANT, INC..
d/b/a MAMBI RESTAURANT
and PEDRO CRESPO                        **DEFAULT JUDGMENT**
                        Defendant,
------------------------------------------------------X

This action having been commenced on September 14, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Mambi Restaurant, Inc. d/b/a Mambi Restaurant and Pedro Crespo on October 3, 2007, and a proof of service having been filed on October 12, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $20,000.00 with interest at 9% from September 18, 2004, amounting to $5,850.00; plus costs and disbursements of this action in the amount of $470.00, plus attorney fees in the amount of $1,000.00 amounting in all to $27,320.00. THE CLERK TO CLOSE THIS CASE.

Dated: New York, New York
       3/11/08

                                        _____RMB_____
                                        Richard M. Berman
                                        United States District Judge

                                        This document was entered on the docket
                                        on _____